## NATIONWIDE TRAILER RENTAL SYSTEM, INC., ET AL. *v.* UNITED STATES.

No. 114.   Decided October 14, 1957.

*Thurman Arnold, Reed Miller* and *William T. Stephens* for appellants.

*Solicitor General Rankin, Assistant Attorney General Hansen* and *Charles H. Weston* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## WHITE ET AL., DOING BUSINESS AS KITSAP AUTO-MATIC DISPENSER CO., ET AL. *v.* WASHINGTON.

No. 184.   Decided October 14, 1957.

*S. Harold Shefelman* for appellants.

*John J. O'Connell,* Attorney General of Washington, and *Keith Grim* and *Fred C. Dorsey,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.